# Exhibit "B"

# THOMAS J. ZAYDON JR. M.D., F.A.C.S.
### Diplomat, American Board of Plastic Surgery

## Focused Plastic Surgical Examination & Evaluation

RE: **Chimene, Alyda**
DOB: 09/03/56
Date of Accident: 09/03/15
Date of Evaluation: 01/25/17

The aforementioned patient is a 60-year-old female, seen in the office in regard to a focused plastic surgical examination and evaluation.

This patient sustained trauma to the bilateral lower extremities subsequent to a zip line accident.

The patient was initially treated in Honduras at a local medical facility. The patient was diagnosed with bilateral lower extremity avulsion-type lacerations, which were cleansed and loosely sutured at that time.

The patient was subsequently medevaced to the Texas Trauma Institute. Those medical records have been reviewed in conjunction with this patient encounter.

The patient had a series of serial debridements with VAC changes, initially to the left leg and subsequently to the right lower extremity.

The wounds were of an extensive nature, and multiple serial interventions were indicated.

The patient was admitted to the hospital on 09/05/15 and was subsequently discharged on 10/02/15.

The patient is now being seen for plastic surgical examination and evaluation for the sequelae of this trauma. Should subsequent review of any other documentation change these findings, an amended narrative will be issued.

Page -2-
**Plastic Surgical Examination & Evaluation**
RE: Chimene, Alyda
    01/25/17

At this time, the patient's wounds are well healed.

At this time, the patient is complaining of some tightness in the zones of trauma. She is experiencing intermittent bouts of stabbing and burning pain, and notes that when she stands for any prolonged period of time there is an increase in swelling.

Furthermore, the patient reports loss of feeling within the zone of trauma, consistent with interruption of the superficial sensory nerve supply. She also reports pain in both lower extremities, however, the left leg is considerably more symptomatic. The patient states that with prolonged walking there is exacerbation of the swelling, but by-and-by she is able to perform the majority of her pre-traumatic activities of daily living.

Plastic surgical examination reveals an approximately 16x32 cm. healed wound. The contralateral extremity has a well-healed soft tissue defect of approximately the same size. Both soft tissue defects are supple, with good texture. There is no evidence for any muscle deficits. Furthermore, there is no evidence of any motor innervation compromise. The lower extremity reflexes are preserved throughout. Good capillary fill is seen in both feet. There is full dorsiflexion at the ankle, both active and passive. There is full extension of the ankle, both active and passive. Circulation is preserved distally. There is capillary refill over the dorsal aspect of each foot.

At this time, the patient presents with the sequelae of a bilateral lower extremity soft tissue avulsion, which has healed without complication. This should have no impact on the patient's ability to resume her pre-traumatic duties. Furthermore, although the patient will have some swelling when she stands for prolonged periods of time, this should be easily managed with occasional elevation and compressive garments.

In regard to future plastic surgery, I do not believe that additional plastic surgical intervention is indicated nor is it medically necessary.

At this time, the patient is continuing to improve and with the passage of time should improve further. This improvement would be continual over the remainder of the patient's lifetime.

*Page -3-*
*Plastic Surgical Examination & Evaluation*
*RE: Chimene, Alyda*
      *01/25/17*

If any further information is needed, please do not hesitate to contact me.

Since this is a one-time evaluation, no doctor-patient relationship is to be construed.

### Impression

Bilateral lower extremity defect

**THOMAS J. ZAYDON, JR., M.D.**

TJZ:jk

cc:  Samantha Loveland, Esq.