UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 16-23775-CIV-MORENO**

ALYDA R. CHIMENE,

   Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., MC
TOURS, GRUPO PALMAS, S.A., CARIBE SKY
CANOPY TOUR,

   Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE came before the Court *sua sponte*. It is

**ADJUDGED** that:

- Plaintiff shall submit to Defendant a chart with all prior incidents intended to be used at trial, and why the prior incidents are similar to the issue in the instant case, no later than **January 9, 2018 at 12:00 PM**.

- Defendant shall use Plaintiff's chart and add a column explaining why the incidents are similar or dissimilar no later than **Wednesday January 10, 2018 at 5:00 PM** and file it electronically with the Court.

- The chart SHALL include referenced exhibit numbers and exhibits attached.

- The *Daubert* hearing of Defendant's expert previously scheduled for **Wednesday January 10, 2018** is CANCELLED.

DONE AND ORDERED in Open Court at Miami, Florida, this 5 of January 2018.

            _____
            FEDERICO A. MORENO
            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record