UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 16-CV-23775-FAM

ALYDA R. CHIMENE,

   *Plaintiff,*

v.

ROYAL CARIBBEAN CRUISES
LTD., MC TOURS, GRUPO
PALMAS, S.A., CARIBE SKY
CANOPY TOUR,

   *Defendants.*
_____/

**ROYAL CARIBBEAN CRUISES, LTD.'S OBJECTIONS TO PLAINTIFF'S
SECOND AMENDED EXHIBIT LIST [ECF NO. 232-1]**

**INDEX TO OBJECTIONS**

**A–Authenticity | I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R–Relevancy | H–Hearsay | UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged | NO–No Objection | AO–All Objections | O–Other**

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 1. | | NO | | | Caribbean Cruise Shore Excursions Guide |
| 2. | | NO | | | Extreme Caribe Zip Line Tour –RT 86 Website 2015 |
| 3. | | R, I | | | Screenshot of RCL website advertising Caribe Sky Zipline Tour |
| 4. | | R, I, UP | | | The Best of Roatan, Honduras Flyer |
| 5. | | R | | | RCL's Booking Inquiry Summary |
| 6. | | NO | | | Extreme Caribe Zip Line Tour Ticket |
| 7. | | NO | | | Photos of Plaintiff Pre-Incident (2) |
| 8. | | NO | | | Photos of Plaintiff and daughter day of incident prior to incident (2) |

A–Authenticity | I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R–Relevancy | H–Hearsay | UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged | NO–No Objection | AO–All Objections | O–Other

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 9. | | R, I, UP | | | Photos of Plaintiff's Injuries 9-2 per Court ruling (27) |
| 10. | | NO | | | Photos of Plaintiff's scarring (7) |
| 11. | | NO | | | 2011 Absolutely Experiential Certificate of Inspection |
| 12. | | R, I | | | 2011 Absolutely Experiential Inspection Report |
| 13. | | NO | | | 2013 Absolutely Experiential Certificate of Inspection |
| 14. | | R, I | | | 2013 Absolutely Experiential Inspection Report |
| 15. | | NO | | | RCL Operating Plan consisting of 3 documents:<br>A. Tour Operator and Basic Tour Information<br>B. Universal Bid Plan<br>C. Tour Operator Investment Profile |
| 16. | | NO | | | 2012-2013 Tour Operator Agreement |
| 17. | | NO | | | 2013-2014 Tour Operator Agreement |
| 18. | | NO | | | 2014-2015 Tour Operator Agreement |
| 19. | | NO | | | 2015-2017 Tour Operator Agreement |
| 20. | | R | | | RCL's SQM-Shore Excursion – RCL – Chapter 3-3.01.05 Quality Control & Evaluation Form |
| 21. | | R | | | RCL's SQM-2.07.01 Accidents & Deaths on Tours (All Brands) |
| 22. | | R | | | SurveyMonkey Responses |
| 23. | | A, I, R, H, UP | | | Documents regarding prior incident involving Karen Laza and Family hereinafter referred to as Prior Incident No. 1 and 2<br>A. Medallia Comments Dated January 9, 2014<br>B. Shannon Laza-Daniel Trip Advisor Review |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| A–Authenticity \| I–Contains inadmissible matter (mentions insurance, prior conviction, etc.) R–Relevancy \| H–Hearsay \| UP–Unduly prejudicial-probative value outweighed by undue prejudice P–Privileged \| NO–No Objection \| AO–All Objections \| O–Other ||||||
|---|---|---|---|---|---|
| **PLF No.** | **DEF No.** | **Objection** | **Marked** | **Admitted** | **Description of Exhibits** |
| 24. | | A, I, R, H, UP | | | Documents regarding prior incident involving Vicky Kehrer and her husband hereinafter referred to as Prior Incident No. 3 |
| 25. | | A, I, R, H, UP | | | Documents regarding prior incident involving Kathy Rindhage hereinafter referred to as Prior Incident No. 4 |
| 26. | | A, I, R, H, UP | | | Documents regarding prior incident involving Laura Arends hereinafter referred to as Prior Incident No. 5: A. RCL Guest Injury Statement B. MC TOURS Accident Report |
| 27. | | A, I, R, H, UP | | | Documents regarding prior incident involving Brenda Lee Marty Jimenez hereinafter referred to as Prior Incident No. 6: A. RCL Guest Injury Statement B. 1/2/15-1/5/15-Electronic Correspondences between RCL and MC TOURS regarding Ms. Jimenez' incident. |
| 28. | | A, I, R, H, UP | | | Documents regarding prior incident involving Leigh Ann McClure hereinafter referred to as Prior Incident No. 7: A. RCL Guest Injury Statement B. MC TOURS Witness Statement 1 C. MC TOURS Witness Statement 2 D. MC TOURS Accident Report E. Report |
| 29. | | A, I, R, H, UP | | | Documents regarding prior incident involving Karen Schexnayder hereinafter referred to as Prior Incident No. 8: A. RCL Guest Injury Statement B. 5/28/15-5/29/15 Electronic Correspondences between RCL and MC TOURS regarding Ms. Schexnayder's incident with Report attachment |

3

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

A–Authenticity | I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R–Relevancy | H–Hearsay | UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged | NO–No Objection | AO–All Objections | O–Other

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 30. | | A, I, R, H, UP | | | Documents regarding prior incident involving Susan Stewart hereinafter referred to as Prior Incident No. 9<br>A. 7/31/2015 Electronic correspondences between RCL and MC TOURS regarding Ms. Stewart's incident<br>B. MC TOURS Guide Witness' Statement |
| 31. | | A, I, R, H, UP | | | Documents regarding prior incident involving Jesse McMillin hereinafter referred to as Prior Incident No. 10:<br>A. RCL Guest Service Log Report<br>B. Jesse McMillin Trip Advisor Review |
| 32. | | H | | | Keith Jacobs CV |
| 33. | | I, H, UP, R | | | Experiential Systems Preliminary Report |
| 34. | | I, H, UP, R | | | Experiential Systems Addendum Report |
| 35. | | I, H, UP, R | | | September 20, 2017 Experiential Systems Report |
| 36. | | A, R, I, UP, H | | | Misty Mountain Harness |
| 37. | | A, R, I, UP, H | | | Association for Challenge Course Technology (ACCT) 8th Edition |
| 38. | | A, R, I, UP, H | | | Wire Rope User's Guide Ma |
| 39. | | A, R, I, UP, H | | | Wire Rope Engineering Handbook |
| 40. | | A, R, I, UP, H | | | Caribe Sky Illustration |
| 41. | | A, R, I, UP, H | | | Photos of Zip Line Taken by Jesse McMillin |
| 42. | | A, R, I, UP, H | | | Where in the World of Standards are we? Presentation |
| 43. | | R, I, UP | | | RCL's Answers to Plaintiff's First Set of Interrogatories |
| 44. | | R, I, UP | | | RCL's Supplemental Answers to Plaintiff's Initial Interrogatories |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

A–Authenticity | I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R–Relevancy | H–Hearsay | UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged | NO–No Objection | AO–All Objections | O–Other

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 45. | | R, I, UP | | | RCL's Supplemental Answer to Plaintiff's Initial Interrogatory No. 8 Pursuant to Court Order [D.E. 90] |
| 46. | | A, I, H, UP, R | | | Table of Prior Incidents and Complaints at Subject Zip Line |
| 47. | | A, I, H, UP, R | | | Table of Prior Incidents and Complaints at Subject Zip Line (Condensed Version) |
| 48. | | A, I, H, UP, R | | | Timeline Summary of Prior Incidents and Complaints at Subject Zip Line |
| 49. | | A, I, H, UP | | | Table of Plaintiff's Medical Expenses |
| 50. | | a. R, A<br>b. A, I, R, UP | | | Wood Medical Center<br>a. Medical Records<br>b. Medical Bills |
| 51. | | a. R<br>b. A, I, R, UP | | | Air Evac International<br>a. Medical Records<br>b. Medical Bills |
| 52. | | a. R<br>b. A, I, R, UP | | | E.G. Melissinos, M.D<br>a. Medical Records<br>b. Medical Bills |
| 53. | | a. R<br>b. A, I, R, UP | | | Memorial Hermann Hospital System<br>a. Medical Records<br>b. Medical Bills |
| 54. | | a. R<br>b. A, I, R, UP | | | Memorial Pathology Consultants<br>a. Medical Records<br>b. Medical Bills |
| 55. | | a. R<br>b. A, I, R, UP | | | Paramedic 504<br>a. Medical Records<br>b. Medical Bills |

5

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| A–Authenticity \| I–Contains inadmissible matter (mentions insurance, prior conviction, etc.) R–Relevancy \| H–Hearsay \| UP–Unduly prejudicial-probative value outweighed by undue prejudice P–Privileged \| NO–No Objection \| AO–All Objections \| O–Other ||||||
|---|---|---|---|---|---|
| **PLF No.** | **DEF No.** | **Objection** | **Marked** | **Admitted** | **Description of Exhibits** |
| 56. | | a. R<br>b. A, I, R, UP | | | UT Physicians<br>a. Medical Records<br>b. Medical Bills |
| 57. | | a. R<br>b. A, I, R, UP | | | Third Coast Emergency Physicians<br>a. Medical Records<br>b. Medical Bills |
| 58. | | a. R<br>b. A, I, R, UP | | | Dr. Joseph Imsais<br>a. Medical Records<br>b. Medical Bills |
| 59. | | a. R<br>b. A, I, R, UP | | | Dr. Grace Honless<br>a. Medical records<br>b. Medical Bills |
| 60. | | a. R<br>b. A, I, R, UP | | | Dr. Stacia Miles<br>a. Medical Records<br>b. Medical Bills |
| 61. | | a. R<br>b. A, I, R, UP | | | Seton Southwest Hospital<br>a. Medical Records<br>b. Medical Bills |
| 62. | | a. R<br>b. A, I, R, UP | | | Austin Diagnostics<br>a. Medical Records<br>b. Medical Bills |
| 63. | | A, I, R | | | Life Expectancy Tables |
| 64. | | R, I, UP | | | Site Inspection Dummy Run 1- Impact |
| 65. | | R, I, UP | | | Site Inspection Dummy Run 2- No Impact |
| 66. | | a. R, I, UP<br>b. R | | | a. Photographs of Site Inspection (20)<br>b. Still shots of YouTube video depicting inspection site (5) |
| 67. | | H, R | | | Curriculum Vitae of Dr. Soler-Baillo |
| 68. | | H, R | | | Report of Dr. Soler-Baillo |

6

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO.: 16-CV-23775-FAM

| A–Authenticity \| I–Contains inadmissible matter (mentions insurance, prior conviction, etc.) R–Relevancy \| H–Hearsay \| UP–Unduly prejudicial-probative value outweighed by undue prejudice P–Privileged \| NO–No Objection \| AO–All Objections \| O–Other ||||||
|---|---|---|---|---|---|
| **PLF No.** | **DEF No.** | **Objection** | **Marked** | **Admitted** | **Description of Exhibits** |
| 69. | | R | | | Agreement dates December 31, 2014 between Grupo Las Palmas S.A. Caribe Sky Canopy Tour and MC Tours |
| 70. | | R, A | | | YouTube Video – Ziplining in Roatan posted by Graham Smith on April 14, 2014 |
| 71. | | NO | | | 4/18/13-9/17/13-Electronic correspondences between RCL and MC TOURS regarding 2013-2014 Season with attachments that reference RT-86 Extreme Caribe Zip Line Tour. |
| 72. | | NO | | | 5/30/14-6/5/14-Electronic correspondences between RCL and MC TOURS regarding tour descriptions for review with attachments that reference RT-86 Extreme Caribe Zip Line Tour. |
| 73. | | A, R | | | 4/14/15-4/16/2015 Electronic Correspondences between RCL and MC TOURS regarding RFP 2016 with attachments that reference RT-86 Extreme Caribe Zip Line Tour; including 2015 Universal Bid Template applicable for 2015-2017 Tour Operator Agreement signed on September 25, 2015 and effective October 1, 2015 for a two-year term. |

**Respectfully Submitted,**

*/s/ Samantha S. Loveland*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Carlos J. Chardon
Florida Bar No. 517631
cchardon@hamiltonmillerlaw.com
Samantha S. Loveland
Florida Bar No. 92846
sloveland@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 S.E. Second Avenue, Suite 1200

7

CASE NO.: 16-CV-23775-FAM

Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Royal Caribbean Cruises Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Samantha S. Loveland*
Samantha S. Loveland

## SERVICE LIST

| *Counsel for Plaintiff* | *Counsel for Royal Caribbean Cruises, Ltd.* |
|---|---|
| Keith S. Brais, Esq. | Jerry D. Hamilton, Esq. |
| Kbrais@braislaw.com | jhamilton@hamiltonmillerlaw.com |
| BRAIS & ASSOCIATES PA | Carlos J. Chardon |
| New World Tower Suite 800 | cchardon@hamiltonmillerlaw.com |
| Miami, Florida 33132 | Samantha S. Loveland |
| Tel. (305) 416-2901 | sloveland@hamiltonmillerlaw.com |
| Fax (305) 416-2902 | Hamilton, Miller & Birthisel, LLP |
| jfresco@braislaw.com | 150 S.E. Second Avenue, Suite 1200 |
| kpena@braislaw.com | Miami, Florida 33131 |
| kbrais@braislaw.com | Telephone: (305) 379-3686 |
| | Facsimile: (305) 379-3690 |
| | spayne@hamiltonmillerlaw.com |
| | ncarrerou@hamiltonmillerlaw.com |
| | emarrero@hamiltonmillerlaw.com |

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690