UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 16-CV-23775-FAM

ALYDA R. CHIMENE,

    *Plaintiff*,

v.

ROYAL CARIBBEAN CRUISES
LTD., MC TOURS, GRUPO
PALMAS, S.A., CARIBE SKY
CANOPY TOUR,

    *Defendants*.

_____/

## ROYAL CARIBBEAN CRUISES LTD.'S THIRD AMENDED TRIAL EXHIBIT LIST

Defendant, ROYAL CARIBBEAN CRUISES LTD. ("RCL"), by and through undersigned counsel, hereby files its Third Amended Trial Exhibit List as follows:[1]

### INDEX TO OBJECTIONS

**A–Authenticity**
**I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)**
**R–Relevancy**
**H–Hearsay**
**UP–Unduly prejudicial-probative value outweighed by undue prejudice**
**P–Privileged**
**NO–No Objection**
**AO–All Objections**
**O–Other**

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
|  | 1 | R, UP |  |  | Plaintiff's passenger ticket contract |

---

[1] Per this Honorable Court's Order RCL does not incorporate any Exhibits it intends to use that are already included in Plaintiff's Exhibit List ECF No. 198 and Amended Exhibit List ECF No. 199-1.

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
|  | 2 | I, H, UP |  |  | Expert Report of Dr. Thomas Zaydon |
|  | 3 | I, H, UP |  |  | Curriculum Vitae of Dr. Thomas Zaydon |
|  | 4 | R, UP, O-no evidentiary foundation |  |  | RCL's Medallia Passenger Comments about subject shore excursion |
|  | 5 |  |  |  | Curriculum Vitae of Richard Klajnscek |
|  | 6 |  |  |  | Richard Klajnscek's Report dated March 3, 2017 |
|  | 7 |  |  |  | Richard Klajnscek's Report dated October 5, 2017 |
|  | 8 |  |  |  | Notes taken by Richard Klajnscek during visit to zipline in 2017 |
|  | 9 |  |  |  | Photos taken by Expert Richard Klajnscek during visit to zipline in 2017 (11) |
|  | 10 |  |  |  | Video(s) taken by Expert Richard Klajnscek during visit to zipline in 2017 |
|  | 11 | A, H |  |  | Arial Map of entire Zip Line Course |
|  | 12 | A, H |  |  | Photo of MC Tours Logo |
|  | 13 | R |  |  | Photo of the Navigator of the Seas |
|  | 14 | R |  |  | RCL Tour Operations Manual for Tour Operators |
|  | 15 |  |  |  | YouTube Video by stylesbradley: Caribe Sky Zip Lines (Roatan, Honduras) Posted February 27, 2014 |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO.: 16-CV-23775-FAM

| PLF No. | DEF No. | Objection | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | 16 | | | | Photos taken by Plaintiff's Expert Keith Jacobs (7) |
| | 17 | | | | Photo of Plaintiff Post Incident (1) |

**Respectfully Submitted,**

/s/ Samantha S. Loveland
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Carlos J. Chardon
Florida Bar No. 517631
cchardon@hamiltonmillerlaw.com
Samantha S. Loveland
Florida Bar No. 92846
sloveland@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
Telephone:   (305) 379-3686
Facsimile:   (305) 379-3690
*Attorneys for Defendant, Royal Caribbean Cruises Ltd.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Samantha S. Loveland
Samantha S. Loveland

CASE NO.: 16-CV-23775-FAM

## SERVICE LIST

*Counsel for Plaintiff*

Keith S. Brais, Esq.
Kbrais@braislaw.com
BRAIS & ASSOCIATES PA
New World Tower Suite 800
Miami, Florida 33132
Tel. (305) 416-2901
Fax (305) 416-2902
jfresco@braislaw.com
kpena@braislaw.com
kbrais@braislaw.com

*Counsel for Royal Caribbean Cruises, Ltd.*

Jerry D. Hamilton, Esq.
jhamilton@hamiltonmillerlaw.com
Carlos J. Chardon
cchardon@hamiltonmillerlaw.com
Samantha S. Loveland
sloveland@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
Telephone:    (305) 379-3686
Facsimile:    (305) 379-3690
spayne@hamiltonmillerlaw.com
ncarrerou@hamiltonmillerlaw.com
emarrero@hamiltonmillerlaw.com

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690