# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 16-23775-CV-MORENO           Date: January 12, 2018

Clerk: **Shirley Christie**           Reporter: **Gilda Pastor-Hernandez**

**Chimene v. Royal Caribbean Cruises, Ltd., et al.**

Reason for hearing: **Miscellaneous Hearing**

TIME:  1 hour  15 minutes