UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-CV-23775-FAM

ALYDA R. CHIMENE,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., MC TOURS, GRUPO PALMAS, S.A., CARIBE SKY CANOPY TOUR,

    Defendants.

_____/

**PLAINTIFF'S MOTION FOR RECONSIDERATION
OF THE EXCLUSION OF MC TOURS GUIDE'S
REPORT CONCERNING PRIOR INCIDENT OF KATHY RINDHAGE**

Plaintiff, ALYDA R. CHIMENE (hereinafter, "Plaintiff"), by and through undersigned counsel, files this Motion for Reconsideration on the Court's Exclusion of MC Tours Guide's Report Concerning Prior Incident of Kathy Rindhage as cumulative.

At the January 12, 2018 hearing, the Court allowed documents revealing some prior incidents to be admissible to show notice of cable sagging, braking issues and lack of padding. However, the Court at Defendant's request excluded additional documents concerning those incidents upon Defendant's argument that the additional documents were cumulative. The additional document excluded involving Kathy Rindhage (the MC Tours Guide Report) is not cumulative as it addresses an additional problem with the zipline course not mentioned in the MC Tours' email to Defendant notifying it of Ms. Rindhage's incident.

*Incident Involving Kathy Rindhage*

**Document Allowed:**

*Chimene v. Royal Caribbean Ltd.*
CASE NO.: 16-CV-23775-FAM

A November 22, 2014 email from MC Tours notifying Royal Caribbean that Ms. Rindhage had a "small incident" and stating that when it rains the lines are faster and the lady did not use the brake on time.

**Document Excluded as Cumulative:**

The MC Tours Guide's Report attached to the November 22, 2014 email provides additional information that the "Passenger came into the platform #6 not braking properly and feet hanging to low, Guide was not able to stop her outside of the platform and passenger scratch both of her legs."

**Reason for Reconsideration:**

The November 22, 2014 email makes no mention that the "guide was not able to stop her outside of the platform" found in the excluded report attached to the email. Therefore, the excluded MC Tours Guide's Report is not cumulative. Such information is critical to Plaintiff's contention that the zipline course was unsafe because the receiving guides were unable to stop passengers using the shuttle brakes, that the cruise line was on notice of this dangerous condition and did nothing to inquire and/or discontinue offering the subject zipline excursion to its passengers. This information is not conveyed in the email allowed by the Court. As such, it is proper for the Court to reconsider its ruling and allow the MC Tour Guide's Report for Kathy Rindhage to be entered into evidence.

**Dated: January 15, 2018**

**Respectfully submitted,**

**BRAIS & ASSOCIATES, P.A.**
*Counsel for Plaintiff*
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901

*Chimene v. Royal Caribbean Ltd.*
CASE NO.: 16-CV-23775-FAM

Facsimile: (305) 416-2902

By:   *RICHARD D. RUSAK*
KEITH S. BRAIS
Florida Bar No.: 863319
kbrais@braislaw.com
RICHARD D. RUSAK
Florida Bar No.: 0614181
rrusak@braislaw.com
JULIETH A. FRESCO
Florida Bar No.: 96256
jfresco@braislaw.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on January 15, 2018, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ RICHARD D. RUSAK*
RICHARD D. RUSAK

*Chimene v. Royal Caribbean, Ltd., et al.*
Case No.: 16-CV-23775-FAM

**SERVICE LIST**

| | |
|---|---|
| Keith S. Brais, Esq. | Jerry D. Hamilton, Esq. |
| kbrais@braislaw.com | jhamilton@hamiltonmillerlaw.com |
| Julieth Fresco, Esq. | Carlos J. Chardon, Esq. |
| jfresco@braislaw.com | cchardon@hamiltonmillerlaw.com |
| **BRAIS & ASSOCIATES, P.A.** | Samantha S. Loveland, Esq. |
| **d/b/a Brais Brais Rusak** | sloveland@hamiltonmillerlaw.com |
| 9300 S. Dadeland Blvd. | **HAMILTON, MILLER & BIRTHISEL, LLP.** |
| Suite 101 | 150 S.E. Second Avenue, Suite 1200 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Telephone: (305) 416-2901 | Telephone: 305-379-3686 |
| Facsimile: (305) 416-2902 | Facsimile: 305-379-3690 |
| *Attorneys for Plaintiff via CM/ECF* | *Attorneys for Defendants via CM/ECF* |