UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23775-CIV-MORENO

ALYDA R. CHIMENE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., MC
TOURS, GRUPO PALMAS, S.A., CARIBE
SKY CANOPY TOUR,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration of the exclusion of MC Tours Guide's Report Concerning Prior Incidents **(D.E. 244)**, filed on **January 15, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this __16__ of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record