UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-CV-23775-FAM

ALYDA R. CHIMENE,

 Plaintiff,

v.

ROYAL CARIBBEAN CRUISES
LTD., MC TOURS, GRUPO
PALMAS, S.A., CARIBE SKY
CANOPY TOUR,

 Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING JOHN IRELAND'S
DEPOSITION DESIGNATIONS CROSS DESIGNATIONS PER COURT ORDER**

 Plaintiff, ALYDA CHIMENE, by and through the undersigned attorneys, files the Parties Designations to John Ireland per the Court's Order.

**Dated: January 17, 2018**

**BRAIS & ASSOCIATES, P.A.**
*Counsel for Plaintiff*
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901
Facsimile: (305) 416-2902

By: *RICHARD D. RUSAK*
  RICHARD D. RUSAK
  Florida Bar No.:614181
  rrusak@braislaw.com

*Chimene v. Royal Caribbean Ltd.*
CASE NO.: 16-CV-23775-FAM

## DEPOSITION DESIGNATION: JOHN IRELAND

| Witness Name | Plaintiff's Designation Page: Line | Defendant's Cross Designation Page: Line |
|---|---|---|
| John Ireland | 6:3-6 | |
| | 11:7-13:18 | |
| | 31:16-23 | |
| | 33:15-20 | |
| | 76:14-79:10 | |
| | 81:6-86:16 | |
| | 90:9-13 | |
| | 91:4-92:3 | |
| | 93:3-95:4 | |
| | 95:18-96:21 | |
| | 98:8-14 | |
| | 139:11-141:1 | |
| | | 141:1-7; |
| | | 144:14-148:5 |
| | | |
| | | |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on January 17, 2018, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Richard Rusak*
        RICHARD RUSAK

*Chimene v. Royal Caribbean Ltd.*
CASE NO.: 16-CV-23775-FAM

*Chimene v. Royal Caribbean, Ltd., et al.*
Case No.: 16-CV-23775-FAM

## SERVICE LIST

| | |
|---|---|
| Keith S. Brais, Esq.<br>kbrais@braislaw.com<br>Julieth Fresco, Esq.<br>jfresco@braislaw.com<br>**BRAIS & ASSOCIATES, P.A.**<br>**d/b/a Brais Brais Rusak**<br>9300 S. Dadeland Blvd.<br>Suite 101<br>Miami, Florida 33156<br>Telephone: (305) 416-2901<br>Facsimile: (305) 416-2902<br>*Attorneys for Plaintiff via CM/ECF* | Jerry D. Hamilton, Esq.<br>jhamilton@hamiltonmillerlaw.com<br>Carlos J. Chardon, Esq.<br>cchardon@hamiltonmillerlaw.com<br>Samantha S. Loveland, Esq.<br>sloveland@hamiltonmillerlaw.com<br>**HAMILTON, MILLER & BIRTHISEL, LLP.**<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: 305-379-3686<br>Facsimile: 305-379-3690<br>*Attorneys for Defendants via CM/ECF* |