UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-CV-23775-FAM

ALYDA R. CHIMENE,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES
LTD., MC TOURS, GRUPO
PALMAS, S.A., CARIBE SKY
CANOPY TOUR,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING FRANCIS BACON'S**
**DEPOSITION DESIGNATIONS CROSS DESIGNATIONS PER COURT ORDER**

    Plaintiff, ALYDA CHIMENE, by and through the undersigned attorneys, files the Parties Designations to Francis Bacon per the Court's Order.

**Dated: January 17, 2018**

**BRAIS & ASSOCIATES, P.A.**
*Counsel for Plaintiff*
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901
Facsimile: (305) 416-2902

By:   *Julieth A. Fresco*
      KEITH S. BRAIS
      Florida Bar No.: 863319
      kbrais@braislaw.com
      JULIETH A. FRESCO
      Florida Bar No.: 96256
      jfresco@braislaw.com

*Chimene v. Royal Caribbean Ltd.*
CASE NO.: 16-CV-23775-FAM

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on January 17, 2018, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Julieth A. Fresco*
JULIETH A. FRESCO

*Chimene v. Royal Caribbean, Ltd., et al.*
**Case No.: 16-CV-23775-FAM**

### SERVICE LIST

| | |
|---|---|
| Keith S. Brais, Esq. <br> kbrais@braislaw.com <br> Julieth Fresco, Esq. <br> jfresco@braislaw.com <br> **BRAIS & ASSOCIATES, P.A.** <br> **d/b/a Brais Brais Rusak** <br> 9300 S. Dadeland Blvd. <br> Suite 101 <br> Miami, Florida 33156 <br> Telephone: (305) 416-2901 <br> Facsimile: (305) 416-2902 <br> *Attorneys for Plaintiff via CM/ECF* | Jerry D. Hamilton, Esq. <br> jhamilton@hamiltonmillerlaw.com <br> Carlos J. Chardon, Esq. <br> cchardon@hamiltonmillerlaw.com <br> Samantha S. Loveland, Esq. <br> sloveland@hamiltonmillerlaw.com <br> **HAMILTON, MILLER & BIRTHISEL, LLP.** <br> 150 S.E. Second Avenue, Suite 1200 <br> Miami, Florida 33131 <br> Telephone: 305-379-3686 <br> Facsimile: 305-379-3690 <br> *Attorneys for Defendants via CM/ECF* |

*Chimene v. Royal Caribbean Ltd.*
CASE NO.: 16-CV-23775-FAM

### DEPOSITION DESIGNATION: FRANCIS BACON

| Witness Name | Plaintiff's Designation Page:Line (Exhibit No.)* | Defendant's Objection | Defendant's Cross Designation Page: Line (Exhibit No.) | Plaintiff's Objection to Cross-Designation | Court's Ruling |
|---|---|---|---|---|---|
| Francis Bacon | 4:8-10 | | | | |
| | 4:14-18 | | | | |
| | 5:10-15 | | | | |
| | 5:23-8:2 | | | | |
| | 10:22-25 | | | | |
| | 14:15-15:6 | | | | |
| | 15:15-16:14 | | | | |
| | 16:22-19:4 | | | | |
| | 87:17-88:6 | 87:7-16 | 88:7-11<br>101:8-25<br>102:1<br>102:6-17 | | |