# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MINUTES – CIVIL JURY TRIAL

### HONORABLE FEDERICO A. MORENO

**CASE NO:**    16-23775-CV-MORENO

**DAY # :** 1

**DATE:** Tuesday, January 16, 2018

**REPORTER:**   Gilda Pastor-Hernandez

**DEPUTY CLERK:** Shirley Christie

**Court Interpreters:**   N/A

**STYLE:**   Chimene v. Royal Caribbean Cruises, Ltd. et al.

**COUNSEL:**   Keith Brais, Esq.
              Jerry Hamilton, Esq.

____XXX____ a.m./p.m. - Jury Trial - Selection of jurors

____XXX____ Voir dire begins.

____XXX____ Jury impaneled

____XXX____ Opening statements to the jury.

____XXX____ Jury trial held.

_____ Closing Arguments to the jury.

_____ Jury Instructions.

_____ Jury Deliberating

_____ Mistrial

_____ Jury returned verdict.   See verdict form.

_____ Court    trial    continued    to    _____.

Court trial concluded.   Case taken under advisement. Briefing schedule as follows:

        Plaintiff's due:

        Defendant's due:

        Reply due:

Comments:    TIME:  6 hours 40 minutes