UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23775-CIV-MORENO

ALYDA R. CHIMENE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., MC TOURS, GRUPO PALMAS, S.A., CARIBE SKY CANOPY TOUR,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Parties' Notice of Settlement in Open Court on the second day of trial. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for six months. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this 17th of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record