UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MINUTES – CIVIL JURY TRIAL

HONORABLE FEDERICO A. MORENO

**CASE NO:** 16-23775-CV-MORENO

**DAY #:** 2

**DATE:** Wednesday, January 17, 2018

**REPORTER:** Gilda Pastor-Hernandez

**DEPUTY CLERK:** Shirley Christie

**Court Interpreters:** N/A

**STYLE:** Chimene v. Royal Caribbean Cruises, Ltd. et al.

**COUNSEL:** Keith Brais, Esq.
Jerry Hamilton, Esq.

_____ a.m./p.m. - Jury Trial - Selection of jurors
_____ Voir dire begins.
_____ Jury impaneled
_____ Opening statements to the jury.
_____ Jury trial held.
_____ Closing Arguments to the jury.
_____ Jury Instructions.
_____ Jury Deliberating
\_\_\_XXX\_\_\_ Case settled
_____ Jury returned verdict. See verdict form.
_____ Court trial continued to _____.
Court trial concluded. Case taken under advisement. Briefing schedule as follows:
Plaintiff's due:
Defendant's due:
Reply due:

Comments:   TIME:   10 minutes