UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 16-CV-23775-FAM

ALYDA R. CHIMENE,

    *Plaintiff*,

v.

ROYAL CARIBBEAN CRUISES
LTD., MC TOURS, GRUPO
PALMAS, S.A., CARIBE SKY
CANOPY TOUR,

    *Defendants*.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ALYDA R. CHIMENE, and Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through their respective undersigned attorneys, and pursuant to the amicable settlement of this cause, hereby stipulate and request that this Court enter an Order dismissing this case, with prejudice, each party to bear his/its own costs, expenses and attorneys' fees.

Dated: March 5, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Keith Brais* | */s/ Samantha S. Loveland* |
| Keith S. Brais, Esq. | Jerry D. Hamilton, Esq. |
| Julieth A. Fresco | Florida Bar No. 970700 |
| BRAIS & ASSOCIATES, P.A. | jhamilton@hamiltonmillerlaw.com |
| 9300 S. Dadeland Blvd., Suite 101 | Carlos J. Chardon, Esq. |
| Miami, Florida  33156 | Florida Bar No. 517631 |
| Tel. (305) 416-2901 | cchardon@hamiltonmillerlaw.com |
| Fax (305) 416-2902 | Samantha S. Loveland |
| jfresco@braislaw.com | Florida Bar No.  92846 |
| kpena@braislaw.com | |

CASE NO.: 16-CV-23775-FAM

| | |
|---|---|
| kbrais@braislaw.com | sloveland@hamiltonmillerlaw.com |
| *Attorney for Plaintiff* | Hamilton, Miller & Birthisel, LLP |
| | 150 Southeast Second Avenue, Ste 1200 |
| | Miami, Florida 33131 |
| | Telephone: 305-379-3686 |
| | Facsimile: 305-379-3690 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Samantha S. Loveland*
Samantha S. Loveland

## SERVICE LIST

| | |
|---|---|
| Keith S. Brais, Esq. | Jerry D. Hamilton, Esq. |
| Julieth A. Fresco | jhamilton@hamiltonmillerlaw.com |
| BRAIS & ASSOCIATES, P.A. | Carlos J. Chardon |
| 9300 S. Dadeland Blvd., Suite 101 | cchardon@hamiltonmillerlaw.com |
| Miami, Florida 33156 | Samantha S. Loveland |
| Tel. (305) 416-2901 | sloveland@hamiltonmillerlaw.com |
| Fax (305) 416-2902 | Hamilton, Miller & Birthisel, LLP |
| *Counsel for Plaintiff* | 150 S.E. Second Avenue, Suite 1200 |
| jfresco@braislaw.com | Miami, Florida 33131 |
| kpena@braislaw.com | Telephone:   305-379-3686 |
| kbrais@braislaw.com | Facsimile:   305-379-3690 |
| | *Counsel for Royal Caribbean Cruises, Ltd.* |